CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 MAR 21  P 3: 48

RECEIVED

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**

**IN RE: NATALIYA DOBRER**
          **debtor**

RETURN DATE: April 6, 2017
@ 12:00 PM

**CASE NO. 17-40215-cec**
**CHAPTER 7**
**Judge Carla E. Craig**

---

**CREDITORS APPLICATION TO DISMISS OR WITHDRAW**

---

The Creditor, ERAN MATALON, (hereinafter referred to as "CREDITOR"), hereby respectfully submits this application for an Order withdrawing or dismissing this Petition, and in support of this request DECLARES the following:

1. I am the individual creditor who filed this petition on 1/19/07 (Dkt # 1).

2. I never formally served this Petition for the reasons set forth below.

3. I spoke with the Creditor, when I asked her to accept service of the Summons and a copy of the Petition. She did not accept service but we agreed to an amicable resolution of this matter.

4. Since there was no longer any dispute, I did not serve her and never filed any proof of service.

5. No answer has been filed in this matter.

6. No "341" meeting has been scheduled or held.

7. This Petition was filed in good faith to protect my rights and collect this debt.

12.   However, at this time there is no reason to proceed with this bankruptcy, I did not serve the petition, and I therefore respectfully request that this proceeding be dismissed.

WHERFORE, it is respectfully prayed that this Petition be allowed to be withdrawn or be dismissed.

Dated: Brooklyn, New York
       March 17, 2017

---------------------------------
ERAN MATALON
CREDITOR-PRO SE